UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO: 12-cv-11293 |
| v. ) | |
| ) | |
| THE LAW OFFICES OF CRAIG J. ) | JUDGMENT |
| MARTIN & ASSOCIATES, P.C.; ) | |
| CRAIG J. MARTIN ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

This matter coming before the Court pursuant to the evidence set forth in D.E. 20, D.E. 20-2, D.E. 20-3, D.E. 20-4, D.E. 20-5, and D.E. 22 and the Stipulation of Plaintiff Admiral Insurance Company ("Admiral") and Defendants Craig J. Martin and The Law Offices of Craig J. Martin & Associates PC (collectively hereinafter "Martin"), the Court being fully advised in the premises, it is hereby Ordered as follows:

(a)  Admiral Policy No. 9889081 effective for the period March 1, 2009 to March 1, 2010 (the "2009 Policy") issued by Admiral to The Law Offices of Craig J. Martin & Associates PC is rescinded and void *ab initio;*

(b)  Admiral Policy No. 9938802 effective for the policy period March 1, 2010 to March 1, 2011 (the "2010 Policy") issued by Admiral to The Law Offices of Craig J. Martin & Associates PC is rescinded and void *ab initio;*

(c)  Admiral has no obligations or duties under the 2009 Policy and the 2010 Policy to defend or to provide coverage for any claims asserted or that may be asserted in the future, as there is no 2009 Policy and no 2010 Policy;

4826-3493-8641.1

(d) Admiral is entitled to offset the return of premiums with the amount paid by Admiral in defending and indemnifying Martin and/or The Law Offices of Craig J. Martin & Associates PC in claims reported under Policy No. 9889081 and Policy No. 9938802. As this amount exceeds the total amount of premiums paid by the Law Offices of Craig J. Martin & Associates for the 2009 Policy and the 2010 Policy, Admiral owes no return of any premiums to the Law Offices of Craig J. Martin & Associates PC;

(e) Each party to bear its own costs.

SO ORDERED this 5TH day of November, 2012.

/s/ William G. Young
District Judge